PHILLIP A. TALBERT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

FEB 2 3 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES SMALLWOOD and<br><br>JOHN SMALLWOOD,<br><br>　　　　　　　　Defendants. | CASE NO. 2:17-MJ-0035 AC<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's complaints pertaining to Defendants James Smallwood and John Smallwood, and the Government's Request to Seal, shall be filed in partially redacted form until further order of this Court. It is further ordered that access to the unredacted versions of the complaints, and the Request to Seal, shall be limited to the Government.

The Court has considered the factors set forth in <u>Oregonian Publishing Co. v. U.S. District Court for the District of Oregon</u>, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, permitting the Government to file partially redacted versions of the complaints serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. In light of the public filing of its Request to Seal, the Court further finds that there are no additional alternatives to granting the Government's motion that would

1 adequately protect the compelling interests identified by the Government.

2       The versions of the complaints to be filed on the public docket are attached as Exhibits 1 and 2 to this
3 order.

5 Dated: 2/22/17

                                        The Honorable Allison Claire
                                        UNITED STATES MAGISTRATE JUDGE