**FILED**
February 24, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>v.  )<br>  )<br>JOHN SMALLWOOD,  )<br>  )<br>     Defendant.  ) | Case No. 2:17MJ00035-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN SMALLWOOD__ , Case No. __2:17MJ00035-AC-1__ , Charge __18USC § 922(a)(1)(A)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __  Release on Personal Recognizance

 __  Bail Posted in the Sum of $__

   __  Unsecured Appearance Bond $__100,000.00__

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

 ✔  (Other)    __Pretrial conditions as stated on the record.__

The defendant shall not be released until 2/27/2017 @ 9:00 am.

Issued at __Sacramento, CA__ on __February 24, 2017__ at __2:34 pm__ .

By  /s/ Allison Claire/s/ Allison Claire
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court